No. 1665, Misc. CORD v. SMITH ET AL. Motion for leave to file petition for writ of certiorari, mandamus and/or prohibition denied. *Milo V. Olson, William K. Woodburn,* and *Edward D. Neuhoff* on the motion. Respondent *Lyndol L. Young, pro se,* in support of the petition for certiorari.

No. 1627, Misc. BOYDEN v. CURTIS, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Solicitor General Griswold* for the United States in opposition.

No. 1604, Misc. LAWRENCE v. TEXAS ET AL.;
No. 1675, Misc. BIGGS v. CAMPBELL, CHIEF JUDGE, U. S. DISTRICT COURT;
No. 1708, Misc. BAILEY v. MACDOUGALL, CORRECTIONS DIRECTOR;
No. 1709, Misc. DAILEY v. SMITH; and
No. 1854, Misc. BIGGS v. DOES ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 1638, Misc. SEPULVEDA-CASADOS v. SUTTLE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and/or prohibition denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States in opposition.

No. 1724, Misc. MCLOUGHLIN MANUFACTURING CORP. ET AL. v. WRIGHT, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied. *Earl D. Yaffe* and *Jacob E. Yaffe* on the motion. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli,* and *Norton J. Come* for respondents Wright et al. in opposition.